UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RICHARD S. MOTE,                )
                                )
        Plaintiff,               )
                                )
v.                              )    Case No. 07-1191
                                )
FEDERAL BUREAU OF INVESTIGATION, )
                                )
        Defendant.              )

## ORDER

On December 3, 2007, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten days have elapsed since the filing of the Report & Recommendation, and no objections were made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015, 1017 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Video Views*, 797 F.2d at 539.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Mote brought this litigation seeking only injunctive relief against the Federal Bureau of Investigation (FBI), alleging that the FBI harassed him and falsely accused him of agreeing to be an informant. The Court agrees with the recommendation that even if Mote alleged a violation of his federal rights, injunctive relief is not available for past misconduct or feared future misconduct by

unspecified rogue government employees. The Court agrees that Mote does not seek any other relief that would allow his case to proceed.

Accordingly, the Court adopts the Report & Recommendation of the Magistrate Judge [#10] in its entirety. Defendant's Motion to Dismiss [#6] is GRANTED. This matter is terminated.

ENTERED this 28th day of December, 2007.

/s/ Michael M. Mihm  
Michael M. Mihm  
United States District Judge